

# THE THIRTEENTH COURT OF APPEALS

---

13-22-00109-CV

---

RENE HERNANDEZ AND ALL OCCUPANTS
v.
ASHLEY N. REINER, DEPENDENT ADMINISTRATOR OF
THE ESTATE OF JUANA RODRIGUEZ, DECEASED

---

On Appeal from the
County Court at Law No. 3 of Cameron County, Texas
Trial Court Cause No. 2022-CCL-00016-C

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

June 30, 2022